### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TAMMY M. STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. |
| ) | 05-0068-BH-B |
| SIMPLEXGRINNELL, LP, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the Findings of Fact, Conclusions of Law, and Order entered this day, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in favor of the defendant, SimplexGrinnell, LP, and against the plaintiff, Tammy M. Stevens, the plaintiff to have and recover nothing of the defendant.  Costs are taxed against the plaintiff.

**DONE** this 12th day of January, 2006.

s/ W. B. Hand
SENIOR DISTRICT JUDGE